```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
    SHMUEL LUNGER,                                            :
                                                              :
                                      Plaintiff,              :
                                                              :
                        -against-                             :    19 Civ. 9210 (LGS)
                                                              :
    EXPERIAN INFORMATION SOLUTIONS,                           :
    INC., and BANK OF AMERICA, N.A.,                          :    ORDER
                                                              :
                                      Defendants.             :
------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/25/2020

LORNA G. SCHOFIELD, District Judge:

The Court has been informed that Plaintiff and Defendant Experian Information Solutions, Inc. ("Defendant Experian") have reached a settlement in principle in this case (Dkt. No. 24). Accordingly, it is hereby ORDERED that this action is dismissed as to Defendant Experian, without costs and without prejudice to restoring the action to the Court's calendar provided the application to restore the action is made within thirty (30) days of this Order. Any application made by the parties with respect to Defendant Experian to reopen filed after thirty (30) days from the date of this Order may be denied solely on that basis. Any pending motions involving Defendant Experian are DISMISSED as moot, and all conferences involving Defendant Experian are CANCELED.

Dated: February 25, 2020
       New York, New York

*[signature]*
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE