USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/13/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

SHMUEL LUNGER,

Plaintiff,

-against-

EXPERIAN INFORMATION SOLUTIONS, INC., and BANK OF AMERICA, N.A.,

Defendants.

-----------------------------------------------------------X

19 Civ. 9210 (LGS)

**ORDER**

LORNA G. SCHOFIELD, District Judge:

The Court has been informed that Plaintiff and Defendant Bank of America, N.A. ("Defendant BOA") have reached a settlement in principle in this case (Dkt. No. 33). Accordingly, it is hereby ORDERED that this action is dismissed as to Defendant BOA, without costs and without prejudice to restoring the action to the Court's calendar provided the application to restore the action is made within thirty (30) days of this Order. Any application made by the parties with respect to Defendant BOA to reopen filed after thirty (30) days from the date of this Order may be denied solely on that basis. Any pending motions involving Defendant BOA are DISMISSED as moot, and all conferences involving Defendant BOA are CANCELED.

Dated: March 13, 2020
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE